# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **DENNIS JAMES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:16-cv-02558-JTF-cgc |
| ) | |
| **UNITED STATES, d/b/a VETERANS** ) | |
| **AFFAIRS MED. CTR.-MEMPHIS,** ) | |
| **a/k/a VA HOSP.-MEMPHIS,** ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

In light of the this Court's Order Granting Defendant's Motion for Order of Dismissal, (ECF No. 53), the Court finds that the above-styled case is **DISMISSED** in its entirety with prejudice.

**IT IS SO ORDERED** this 31st day of October 2018.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge