UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**DENNIS JAMES,**

    **Plaintiff,**

v.                                    Case No. 2:16-cv-02558-JTF-cgc

**UNITED STATES, d/b/a VETERANS
AFFAIRS MED. CTR.-MEMPHIS,
a/k/a VA HOSP.-MEMPHIS,**

    **Defendant.**

# JUDGMENT

    **DECISION BY COURT**.  This action came for consideration before the Court.  The issues have been duly considered, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal with Prejudice entered by this Court on October 31, 2018.   (ECF No. 54.)


**APPROVED:**

*s/John T. Fowlkes, Jr.*                                            THOMAS M. GOULD
JOHN T. FOWLKES, JR.                                         CLERK
UNITED STATES DISTRICT JUDGE


October 31, 2018                                                    s/Devon C. Muse
DATE                                                                       (BY)LAW CLERK